UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In re:

ALB CARE, INC.

Debtor.

Chapter 11

Bky. No. 18-11583(AMC)

## ORDER DISMISSING THE DEBTOR'S CASE

Upon consideration of the *Motion of Eraldo Qato for an Order Dismissing the Debtor's Case or, in the Alternative, Terminating the Automatic Stay* (the "Motion to Dismiss"), and for good cause shown, it is hereby ORDERED:

1. The relief requested in the Motion is GRANTED.

2. Bankruptcy Case No. 18-11583 is DISMISSED.

Dated: April 16, 2018

The Honorable ASHELY M. CHAN
United States Bankruptcy Court Judge